RECEIVED
IN MONROE, LA

FEB 1 0 2006


ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **OLGUNDE JOHNSON** | : | **CIVIL ACTION NO. 05-0764** |
| v. | : | **JUDGE ROBERT G. JAMES** |
| **DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL.** | : | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition for Writ of Habeas Corpus is GRANTED, and Petitioner is to be conditionally released pending removal from the United States.

THUS DONE AND SIGNED this 10 day of February, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION